|   |   |
|---|---|
| 1 | RENE L. VALLADARES |
|   | Federal Public Defender |
| 2 | Nevada State Bar No. 11479 |
|   | DAIEL C. COE |
| 3 | Assistant Federal Public Defender |
|   | Nevada State Bar No. 9532 |
| 4 | 411 E. Bonneville, Ste. 250 |
|   | Las Vegas, Nevada 89101 |
| 5 | (702) 388-6577/Phone |
|   | (702) 388-6261/Fax |
| 6 | dan_coe@fd.org |



Attorney for Joseph M. Holderegger

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:17-mj-582-PAL |
|---|---|
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO PROCEED IN DISTRICT OF ARREST PURSUANT TO FED. R. CRIM. P. 58 (C) AND WAIVER OF VENUE** |
| JOSEPH M. HOLDEREGGER, | |
| Defendant. | |

I, JOSEPH M. HOLDEREGGER, the defendant herein, have been informed that a Citation 1845549, is pending against me in the above captioned matter and that it charges me with a violation of 36 CFR 235 (b)(2) Possession of Controlled Substance, Marijuana less than one (1) ounce, which occurred on or about May 28, 2015 at or near Tuolumne Visitor Center in Yosemite, California.

I understand that it is my right to have this case heard in the Eastern District of California. My attorney of record, Daniel C. Coe, has informed me of the nature of the charges and the possible maximum penalty.

Pursuant To Fed. R. Crim. P. 58 (c), I knowingly and voluntarily wish to enter a plea of guilty to the charge in Citation 1845549, waive venue in the Eastern District of California, and consent to the disposition of this matter in the District of Nevada in which I am present.

The Government and defense have jointly agreed to recommend a sentence of a $35 ~~fine~~ court costs, with a 6 month restriction from Yosemite National Park. In return, the government will dismiss citations: 1845550 (failure to use safety belts), 1845371 (failure to provide evidence of financial responsibility), and 1845547 (driving while suspended or revoked – offense not related to driving ability). This recommended sentence satisfies the requirements of Fed. R. Crim. P. 58.

Dated this _____ day of May, 2017.

DATED: May 23, 2017        /s/ Daniel C. Coe
                           DANIEL C. COE
                           Assistant Federal Public Defender

DATED: June 14, 2017       [signature]
                           JOSEPH M. HOLDEREGGER

DATED: 6/14/17             [signature] #11779
                           for CHAD MCHENRY
                           Assistant United States Attorney

IT IS SO ORDERED:
this 14th day of June, 2017.

                           [signature]
                           UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 20, 2016, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR WAIVER OF DEFENDANT'S PRESENCE** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
NADIA JANJUA AHMED
Assistant United States Attorney

*/s/Nancy Vasquez, Legal Assistant*
Employee of the Federal Public Defender